# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CRAIG GENTRY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:12-cv-01825-SKO<br><br>**ORDER TO SUPPLEMENT EAJA APPLICATION**<br><br>(Doc. 20) |

　　　On November 6, 2012, Plaintiff Jonathan Craig Gentry ("Plaintiff") filed a complaint seeking judicial review of an Administrative Law Judge's ("ALJ") decision denying Plaintiff's application for Social Security benefits.  (Doc. 2.)  On November 26, 2013, the Court issued an order reversing the ALJ's decision and the case was remanded to the agency.  (Doc. 17.)  On February 24, 2014, Plaintiff filed a petition for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA").  (Doc. 20.)  Defendant filed an opposition, and Plaintiff filed a reply brief.  (Docs. 23, 24.)

　　　Plaintiff's application includes a billing statement from his counsel in support of his request for an award of attorneys' fees.  The statement reflects that three different attorneys, ostensibly all employed by Dellert Baird Law Offices, PLLC, expended time on this litigation.  However, none of the attorneys is identified by name and there is no declaration by any counsel indicating when

he or she graduated from law school, counsel's years of practice, or any other information that would support the statutory hourly rate requested.  While the statutory maximum hourly rate requested is not contested by the Commissioner, the Court has before it no information to adequately support *any* hourly rate.  *Gates v. Deukmejian*, 987 F.2d 1392, 1401 (9th Cir. 1992) ("even absent defense objections," the district court is "required to independently review [Plaintiff's] fee request").  As such, Plaintiff shall supplement his EAJA fee application with declarations setting forth the necessary information to establish a basis to award the hourly rates requested.

Accordingly, IT IS HEREBY ORDERED that Plaintiff supplement his EAJA application as set forth above within fourteen (14) days from the date of this order.

IT IS SO ORDERED.

Dated:   **May 15, 2014**                    **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE